1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MOSE WEATHERSPOON JR.,

           Petitioner,

   v.

DOMINGO URIBE,

           Respondent.

No.  EDCV 10-822-GAF (AGR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any Objections to the Report.  The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:  January 15, 2013

_____
GARY A. FEESS
United States District Judge