UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSE WEATHERSPOON JR., <br> Petitioner, <br> v. <br> DOMINGO URIBE, <br> Respondent. | No. EDCV 10-822-GAF (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: January 15, 2013

_____
GARY A. FEESS
United States District Judge